AUSA

**FILED**

NOV 1 9 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. **'07 MJ 8937** |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | Title 8, U.S.C., Section 1326 |
| ) | Deported Alien Found In the |
| Luis Martin ARELLANO-Vega, ) | United States |
| ) | |
| Defendant. ) | |
| ) | |

The undersigned complainant being duly sworn states:

On or about November 15, 2007, within the Southern District of California, defendant Luis Martin ARELLANO-Vega, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19th DAY OF NOVEMBER 2007.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

I, Senior Border Patrol Agent Michael Mikuski declare under penalty of Perjury, the following is true and correct:

# PROBABLE CAUSE STATEMENT

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent P. Murillo, the defendant, Luis Martin ARELLANO-Vega, a native and citizen of Mexico was found and arrested on or about November 15, 2007 in Calexico, California.

At approximately 4:00 PM Agent Murillo observed and individual climb over the International Boundary Fence with Mexico approximately .5 miles west of the Calexico West Port of Entry. Agent Murillo responded to the area and found the individual later identified as Martin ARELLANO-Vega, hiding under a vehicle. Agent Murillo questioned ARELLANO and determined that he is a native and citizen of Mexico illegally in the United State. ARELLANO was arrested and transported to the Calexico Border Patrol Station.

During processing at the station, ARELLANO'S fingerprints were entered into the IDENT/ENFORCE/IAFIS system. It was determined that an Immigration Judge had previously deported ARELLANO on September 21, 2001.

A further records check of ARELLANO revealed he has an extensive Immigration and criminal history. At approximately 11:43 P.M on November 15, 2007, 2007, Agent M. Zeigler witnessed Agent J. Felix read ARELLANO his Miranda Rights.

There is no evidence ARELLANO has sought nor received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States after being deported

Executed on November 17, 2007, at 8:00 A.M.

Michael Mikuski
Senior Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find Probable Cause to believe that the defendant named in this probable cause statement committed the offense on November 15, 2007 in violation of Title 8, United States Code, 1326

United States Magistrate Judge

11/17/07 @ 8:22 a.m.
Date/Time