AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ DIANE M. REGAN

_____          _____
Date                                                        Signature

                                                            _____
                                                            Print Name                          Bar Number

                                                            _____
                                                            Address

                                                            _____
                                                            City                State          Zip Code

                                                            _____
                                                            Phone Number                    Fax Number